

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00376-CV

**HILCO RECEIVABLES, L.L.C.,**
Appellant and Cross-Appellee

v.

Pedro A. **QUIÑONES**,
Appellee and Cross-Appellant

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 333407
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: November 13, 2013

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to the agreement of the parties, costs of appeal are taxed against the party who incurred them.

PER CURIAM